PER CURIAM.
 

 We affirm Williams’ convictions and sentences without prejudice to his right to
 
 *900
 
 seek appropriate and timely post-conviction relief.
 
 See Dunbar v. State,
 
 35 So.3d 54, 55 (Fla. 5th DCA 2010) (sentencing errors that occur after effective date of amendment to Florida Rule of Criminal Procedure 3.800(b), even if formerly deemed fundamental or patent on face of record, cannot be reviewed by appellate court if issue is not raised at sentencing or in timely post-sentencing proceeding pursuant to rule 3.800).
 

 AFFIRMED.
 

 LAWSON, EVANDER and COHEN, JJ., concur.